## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SHIRLEY V. REMMERT, ET AL.,**

CASE NO: **1:23–CV–00050–NODJ–HBK**

v.

**GAVIN NEWSOM, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/08/23**

**Keith Holland**
Clerk of Court

ENTERED: **December 8, 2023**

by: /s/ A. Benson
Deputy Clerk